Mary M. Kennedy, Respondent, v. Milner Hotels, Inc., Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post,* p. 811.]